UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 14-21929-CIV-WILLIAMS

PEDRO DANIEL MARTIN,

      Plaintiff,

v.

SOO WOO RESTAURANT &
LOUNGE, INC. B.A. GROUP, INC.,
BOK H. AN, and JORGE RUIZ,

      Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants file their Answer and Affirmative Defenses, and state:

1. Denied.

2. Denied.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Admitted for jurisdictional purposes.

## COMMON ALLEGATIONS

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Does not call for a response.

15. Admitted.

16. Admitted.

17. Denied.

18. Admitted that Plaintiff was fired. Denied as to remainder.

19. Denied.

20. Denied.

## COUNT I – FEDERAL WAGE AND HOUR

21. See responses thereto.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Admitted.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

Martin v. Soo Woo
14-21929-CIV-KMW
Page 3

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

### COUNT II:  FLSA MINIMUM WAGE

40. See responses thereto.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Admitted.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

Martin v. Soo Woo
14-21929-CIV-KMW
Page 4

55. Denied.

56. Denied.

57. Denied.

### COUNT III – FEDERAL RETALIATION

58. See responses thereto.

59. Admitted.

60. Admitted.

61. Admitted.

62. Admitted.

63. Denied.

64. Denied.

65. Admitted.

66. Denied.

67. Denied.

68. There were no such complaints.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

### COUNT IV – STATE LAW RETALIATION

Martin v. Soo Woo
14-21929-CIV-KMW
Page 5

75.    See responses thereto.

76.    Admitted.

77.    Admitted that Plaintiff negligently caused an accident and destroyed company property.

78.    Admitted.

79.    Denied.

80.    Denied.

81.    Denied.

82.    Denied.

83.    Admitted that Plaintiff was fired.  Denied as to remainder.

84.    Denied.

85.    Denied.

86.    Denied.

87.    Denied.

88.    Denied.

89.    Denied.

90.    Without knowledge.

91.    Denied.

92.    Denied.

93.    Denied.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff fails to state a cause of action under which relief can be granted.

2. Plaintiff's claims are limited by applicable statutes of limitation.

3. Any violation of the FLSA, which is denied, was unintentional.

4. Plaintiff's claims are de minimis.

5. Plaintiff is not entitled to recover for travel time, preliminary, and postliminary activity pursuant to 29 U.S.C. § 254.

6. Plaintiff was a handyman. Even if he picked up supplies and foodstuffs for the restaurant, all cooking was done locally. Plaintiff himself was not engaged in interstate commerce; therefore, no individual coverage exists.

7. Defendants have at all times relied in good faith on existing regulations and its understanding of FLSA and state law.

8. Plaintiff was terminated for misconduct on the job; specifically, Plaintiff was "drifting" in the company owned vehicle, lost control, and crashed into a pole. No other vehicles were involved. Defendants are entitled to a setoff for all monies spent by them as a result.

WHEREFORE, Defendants demand judgment against Plaintiff, denying him recovery, and further taxing court costs and reasonable attorneys' fees against him.

RESPECTFULLY SUBMITTED,

FEILER & LEACH, P.L.
Attorneys for Defendants
901 Ponce de Leon Blvd., Penthouse Suite
Coral Gables, FL 33134-3009
Tel. (305) 441-8818  Fax (305) 441-8081
mbf@flmlegal.com

By: /s/ Michael B. Feiler
    Michael B. Feiler
    Board Certified Civil Trial Lawyer
    Fla. Bar No. 098477

Martin v. Soo Woo  
14-21929-CIV-KMW  
Page 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Filing.

/s/ Michael B. Feiler  
Michael B. Feiler

**SERVICE LIST**

Zandro E. Palma, Esq.  
3100 S. Dixie Highway #202  
Miami, FL 33133  
zep@thepalmalawgroup.com