UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-21929- CIV- WILLIAMS

PEDRO DANIEL MARTIN

    Plaintiff,

v.

SOO WOO RESTAURANT & LOUNGE, INC.
B.A. GROUP, INC. and
BOK H. AN, JORGE RUIZ, individually

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR AN ENTRY OF
JUDGMENT AND FOR AN AWARD OF ATTORNEY'S FEES**

The Plaintiff, PEDRO DANIEL MARTIN (hereinafter, referred to as "Plaintiff"), moves this Court for an Entry of Judgment against Defendants SOO WOO RESTAURANT & LOUNGE, INC., B.A GROUP, INC., BOK H. AN, and JORGE RUIZ individually (hereinafter, collectively as "Defendants") and in favor of the Plaintiff, and for an award of attorney's fees. In support thereof, the Plaintiff states as follows:

1. On or about September 30th, 2014, the Parties settled the above-styled action [D.E. 22].

2. On or about October 10th, 2014, this Court entered an Order Approving Settlement and Dismissing Case with Prejudice. [D.E. 23]

3. As per the terms of the settlement entered into by the Parties that was read into the record under seal, the Defendants agreed to pay certain sums of money in installments. The Settlement Agreement stated that in the event Defendants failed to make the necessary payments as per the settlement agreement, a Final Default for the sum of $25,000.00 plus attorney's fees and costs associated with the filing of this motion would be entered against Defendants.

4. The Defendants, after constant reminders by the undersigned, have not made the first two payments. The first payment due on October 30th, 2014, and the second payment due on December 1st, 2014, were not made.

5. Plaintiff has sent the requisite "5 day notice to cure" to the Defendants, however, to date, no payments have been made by the Defendants.[1]

6. The Plaintiff has notified Defendants that they are in default and more than *5* days have passed since the Plaintiff notified Defendants that they were in default.

7. Pursuant to the Settlement Agreement entered into between the Parties, the Defendants are in default and therefore Plaintiff is entitled to a Final Judgment for **$25,000.00** against the Defendants.

8. In addition, pursuant to the terms of the settlement agreement, Plaintiff requests the additional fees and costs associated with enforcing the Agreement. The undersigned billing rate is $300.00 per hour, and has incurred 5.0 hours of attorney time in connection with this Motion and all the efforts to request compliance. Accordingly, an additional **$1,500.00** in attorney's fees is requested.

9. Plaintiff has retained the service of The Law Offices of Zandro E. Palma, P.A. to pursue entry of Judgment against the Defendants or enforcement of the Settlement Agreement between the parties and is obligated to pay a reasonable fee.

**CERTIFICATE OF GOOD FAITH EFFORT TO RESOLVE ISSUES**
**(Local Rule 7.1(A)(3))**

I **HEREBY CERTIFY** that I have attempted to confer with Defendants' counsel in a good faith effort to resolve the issues raised by this motion, but Defendants' counsel has not responded to any of the undersigned's e-mail communications or messages.

---

[1] The required 5-day Notice was sent on Tuesday, December 2, 2014.

## **CONCLUSION**

**WHEREFORE,** Plaintiff, PEDRO DANIEL MARTIN, moves this Court for a judgment in the amount of $25,000.00, plus additional attorney's fees in the amount of $1,500.00, and interest with retention of jurisdiction for post-judgment proceedings.

Dated:  December 10, 2014.

        Respectfully submitted,

         /s/ **Zandro E. Palma**
        ZANDRO E. PALMA, ESQ.
        Florida Bar No.: 0024031
        zep@thepalmalawgroup.com
        ZANDRO E. PALMA, P.A.
        3100 South Dixie Highway, Suite 202
        Miami, Florida 33133
        Telephone: (305) 446-1500
        Facsimile:  (305) 446-1502
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on December 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             Respectfully submitted,

                                             **/s/ Zandro E. Palma**
                                             ZANDRO E. PALMA, ESQ.
                                             Florida Bar No.: 0024031
                                             zep@thepalmalawgroup.com
                                             ZANDRO E. PALMA, P.A.
                                             3100 South Dixie Highway
                                             Suite 202
                                             Miami, Florida 33133
                                             Telephone: (305) 446-1500
                                             Facsimile: (305) 446-1502
                                             *Attorney for Plaintiff*

## SERVICE LIST
## CASE NO. 14-21929- CIV- WILLIAMS

Michael B. Feiler, Esq.
FEILER & LEACH, P.L.
Attorneys for Defendants
901 Ponce de Leon Blvd., Penthouse Suite
Coral Gables, FL 33134-3009
Tel. (305) 441-8818
Fax (305) 441-8081
mbf@flmlegal.com
*Counsel for Defendants*

Zandro E. Palma, Esq.
THE LAW OFFICES OF
ZANDRO E. PALMA, P.A.
3100 S. Dixie Hwy, Ste 202
Miami, FL 33133
Phone: (305) 446-1500
Fax: (305) 446-1502
zep@thepalmalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-21929- CIV- WILLIAMS

PEDRO DANIEL MARTIN

    Plaintiff,

v.

SOO WOO RESTAURANT & LOUNGE, INC.
B.A. GROUP, INC. and
BOK H. AN, JORGE RUIZ, individually

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENTRY OF JUDGMENT AND FOR AN AWARD OF ATTORNEY'S FEES

**THIS CAUSE** came before the Court upon the Plaintiff's Motion for Entry of Judgment and for an Award of Attorney's Fees, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Plaintiff's Motion for Entry of Judgment and for an Award of Attorney's Fees is hereby **GRANTED**. It is further ordered that Judgment against Defendants SOO WOO RESTAURANT & LOUNGE, INC., B.A GROUP, INC., BOK H. AN, and JORGE RUIZ, jointly and severally, be entered in the amount of $25,000.00 in favor of the Plaintiff, plus additional attorney's fees in the amount of $1,500.00 and interest with retention of jurisdiction for post-judgment proceedings.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this _____ day of _____, 2014.

                                                  _____
                                                **KATHLEEN M. WILLIAMS**
                                                **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All counsel of record